AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| ALICIA PATRICE SMITH | ) Case No. 1:18CR343-1 |
| | ) |
| Defendant | ) |

*FILED SEP - 5 2018*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ALICIA PATRICE SMITH**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

False statement to a bank in violation of 18:1014 and 2
Aggravated ID theft in violation of 18:1028A(a)(1) and 2

**The United States Attorney requests a detention hearing**

Date: 08/28/2018

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/28/18, and the person was arrested on *(date)* 08/28/18
at *(city and state)* Durham, NC.

Date: 08/31/18

RECEIVED
AUG 28 2018
U.S. Marshals Service, M/NC

*Arresting officer's signature*

Jessie Foster, SA
*Printed name and title*